# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 1:17-CR-153(9) |
| | § | (Judge Thad Heartfield) |
| RENARD DEWAYNE SMITH | § | |

## GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT RENARD DEWAYNE SMITH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this its Government's Motion to Dismiss the Indictment against Defendant Renard Dewayne Smith, and would show the following:

I.

The Government has elected to dismiss the Indictment against the Defendant Renard Dewayne Smith. It has been determined that Renard Dewayne Smith is deceased.

WHEREFORE, premises considered, the Government respectfully requests that this Honorable Court dismiss, without prejudice, the Indictment against Defendant Renard Dewayne Smith.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY


*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
Assistant U. S. Attorney
Arizona Bar No. 025704
350 Magnolia, Suite 150
Beaumont, Texas  77701
(409) 839-2538
(409) 839-2550 (fax)
christopher.t.rapp@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel by electronic mail, on this 8th day of June, 2018.


*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
ASSISTANT U.S. ATTORNEY